**RAMIREZ & MARTINEZ**
653 N. San Pedro Street, Suite C
San Jose, CA 95110
(408) 947-7244

November 29, 2005

**Via Facsimile Only**
(415) 522-4021

Hon. James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

*IT IS SO ORDERED*
*Judge James Larson*
(Seal: United States District Court, Northern District of California)

RE:   **Baca v. USA Multifamily Management, Inc.**
      Case No: C 04-5304 SBA (JL)

Dear Judge Larson:

This letter is to inform you that the parties in this case have reached a settlement. Please take our Settlement Conference scheduled for December 8, 2005 off-calendar. We thank you and your staff for your time.

Very Truly Yours,

Enrique Martinez
RAMIREZ & MARTINEZ

cc:   David W. Tyra, Esq.